# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MANNA MASSAQUOI, | : | No. 102 EM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PHILADELPHIA REGISTER OF WILLS, | : | |
| CITY OF PHILADELPHIA LAW DEPT., | : | |
| PHILADELPHIA COURT OF COMMON | : | |
| PLEAS, AND PENNSYLVANIA OPEN | : | |
| RECORDS, ET AL., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 29th day of March, 2023, the "Motion to Compel" is DENIED.